IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-HC-2022-BO

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| Petitioner, | ) |
| v. | ) ORDER FOR MENTAL EXAMINATION |
| CARLOS OFARRIT-FIGUEROA | ) |
| Respondent. | ) |

This matter comes before the court upon motion of the petitioner and with the consent of the respondent. For good cause having been shown, the motion is GRANTED. The respondent must submit to a mental examination conducted by Dr. Hy Malinek, a forensic psychologist, at 9:00 a.m. on May 16, 2011. The examination will take place at FCI-Butner.

DONE AND ORDERED THIS __5__ DAY OF ~~APRIL~~ May, 2011.

TERRENCE W. BOYLE
United States District Judge

FILED
MAY 0 5 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK